Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Montana

Missoula Division

| | | |
|---|---|---|
| Darren Karr<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>NBC Universal Media, LLC d/b/a NBC News<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Darren Karr |
   | Street Address | 217 Old Bull River Road |
   | City and County | Noxon, Sanders |
   | State and Zip Code | MT 59853 |
   | Telephone Number | 503-544-2084 |
   | E-mail Address | dkarr@mac.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | NBC Universal Media, LLC d/b/a NBC News |
| Job or Title *(if known)* | NBCU Newgroup Legal |
| Street Address | 30 Rockefeller Plaza Building 620 |
| City and County | New York, New York |
| State and Zip Code | New York 10112 |
| Telephone Number | 800-447-0663 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question             ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
 First Amendment
 Lanham Act (15 U.S.C. § 1125)
 Montana Consumer Protection Act (MCA § 30-14-101 et seq.)

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.   If the plaintiff is an individual

        The plaintiff, *(name)* Darren Karr, is a citizen of the State of *(name)* Montana.

   b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* NBCUniversal Media, LLC d/b/a NBC News, is incorporated under the laws of the State of *(name)* Deleware, and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, not counting interest and costs of court, because the lawsuit seeks actual damages, punitive damages, and treble damages under the Lanham Act.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Online publication, accessible nationally, including Montana.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

February 26, 2025
noon

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

NBC News knowingly misrepresented the biological sex of an individual in a published article, falsely identifying a male individual as a female. This was not a simple error but part of a widespread media deception in which NBC News either intentionally participated or recklessly failed to fact-check. The false reporting distorted public perception, misled the public, and violated journalistic integrity. NBC News refused to correct the error despite the obvious contradiction between the text and reality.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages alone cannot fully compensate the harm caused because: The damage to public trust in journalism is ongoing and widespread. The false reporting contributed to misinformation that continues to spread. The deception affects not just the plaintiff, but the entire public's ability to receive truthful information. NBC News' refusal to issue a correction means the falsehood remains active, continuing to cause harm beyond monetary losses. The psychological and emotional impact of NBC News' intentional deception has resulted in severe distress, frustration, and harm to the Plaintiff, constituting Intentional Infliction of Emotional Distress (IIED). The knowing and reckless spread of falsehoods about objective facts contributes to a manipulated information environment, causing ongoing mental anguish to those who expect and rely on truth in reporting.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monetary Relief: $150,000,000 in damages, including: 1) Compensatory damages for harm caused by Defendant's knowingly false reporting. 2) Punitive damages to deter NBC News and others from engaging in similar deceptive media practices. 3) Treble damages under the Lanham Act for false advertising and fraudulent misrepresentation. Non-Monetary Relief: 1) A court order requiring NBC News to retract the misleading article and issue a public correction and apology. 2) Injunctive relief preventing NBC News from engaging in future deceptive reporting that misrepresents material facts. Basis for Ongoing Wrongdoing: 1) The article remains published, continuing to mislead the public and distort the truth. 2) NBC News has refused to issue a correction, meaning the falsehood is still active and causing harm. 3) The misinformation continues to spread, leading to ongoing reputational and emotional harm. 4) NBC News has failed to implement safeguards to prevent future similar misconduct, showing a pattern of reckless disregard for accuracy.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 5, 2025

Signature of Plaintiff: /s/ Darren Karr

Printed Name of Plaintiff: Darren Karr

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: