IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARREN KARR, | CV 25–33–M–DWM–KLD |
| Plaintiff, | |
| vs. | ORDER |
| NBC UNIVERSAL MEDIA, LLC d/b/a NBC NEWS, | |
| Defendant. | |

On April 29, 2025, United States Magistrate Judge Kathleen DeSoto entered

Findings and Recommendations with respect to Plaintiff Darren Karr's civil rights

complaint against Defendant NBC Universal Media, LLC, recommending that his

complaint be dismissed because he failed to either pay the $405 filing fee or file an

application to proceed in forma pauperis. (*See* Docs. 1, 4.)  Despite being given

the opportunity to do so, *see* 28 U.S.C. § 636(b)(1), Karr has not filed objections.

Failure to object waives the right to review.  Fed. R. Crim. P. 59(b)(2).  But

consistent with the Court's "full authority" to review the Findings and

Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474

U.S. 140, 154 (1958), the Court reviews for clear error.  Clear error exists if the

Court is left with a "definite and firm conviction that a mistake has been

1

committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding

no clear error in Judge DeSoto's conclusion that Karr cannot proceed with this suit

without either paying the filing fee or being approved to proceed in forma

pauperis,

IT IS ORDERED that:

(1) The Findings and Recommendation, (Doc. 4), is ADOPTED IN FULL.

(2) Karr's Complaint is DISMISSED WITHOUT PREJUDICE.

(3) It is CERTIFIED, pursuant to Fed. R. App. P. 24(a)(4)(B), that any

appeal from this disposition would not be taken in good faith.

(4) The Clerk is directed to enter, by separate document, a judgment of

dismissal.

DATED this 19th day of May, 2025.

_____
Donald W. Molloy, District Judge
United States District Court