IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DARREN KARR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NBC UNIVERSAL MEDIA, LLC d/b/a<br>NBC NEWS,<br><br>　　　　　Defendant. | CV 25-33-M-DWM<br><br>JUDGMENT |

　　　This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of May 19, 2025, (Doc. 5), this action is DISMISSED.

　　　Dated this 19th day of May, 2025.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　/s/ Tyler P. Gilman